## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM. NO:** 7:21-CR-14 |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1349** |
| **YAO LIN,** | : | **18 U.S.C. § 1343** |
| | : | **18 U.S.C. § 981(a)(1)(C)** |
| **Defendant** | : | **28 U.S.C. § 2461(c)** |
| | : | |
| | : | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**18 U.S.C. § 1343**
**CONSPIRACY TO COMMIT WIRE FRAUD**

Beginning on a date uncertain, but at least on or about February 19, 2021 and continuing through on or about March 29, 2021, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**YAO LIN,**

did combine, conspire, confederate, agree, and have a tacit understanding with others unknown to the Grand Jury, to knowingly devise and willfully participate in, with knowledge of its fraudulent nature and with the intent to defraud, a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations and promises and in doing so, for the purpose of executing and in furtherance of said that scheme and artifice to defraud, caused sounds and signals to be transmitted by means of wire communications in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

### A. Object and Manner and Means of the Conspiracy:

1. It was the object of the conspiracy to execute a scheme to defraud individuals, financial institutions, and Walmart to obtain money and property by acquiring, through fraudulent pretenses, representations and promises, Walmart gift cards and convert those Walmart gift cards to other gift and pre-paid debit cards and property for use or sale by members of the conspiracy.

2. It was a part of the manner and means of the conspiracy that members of the conspiracy would contact people by means of telephone calls and emails and, using false and fraudulent information, convince those individuals to purchase and then electronically send to the co-conspirators Walmart gift cards loaded with funds.

3. It was also a part of the manner and means of the conspiracy that members of the conspiracy would call Walmart employees and, using false and fraudulent representations, cause those employees to fund gift card numbers and to provide the fraudulently obtained and funded gift card numbers to the co-conspirators.

2. It was a part of the manner and means of the conspiracy that members of the conspiracy, would then send those fraudulently obtained gift card numbers, to LIN via cellular telephone. LIN would then convert the gift cards into other kinds of gift and pre-paid debit cards and property. LIN would then forward the fraudulently purchased gift and prepaid debit card numbers to other members of the conspiracy in China by means of cellular telephone with payment then made to LIN by the conspirators using a digital application account accessed on his cellular telephone.

3. It was a part of the manner and means of the conspiracy that the gift and pre-paid debits cards would, at times, be in amounts different from and, at times less than the amount of funds on the Walmart gift cards. The Walmart gift card numbers would, at times, be used in multiple transactions and multiple Walmart gift cards would also, at times, be used in a single purchase of

2

gift cards and property. During the period of the conspiracy, LIN used fraudulently obtained gift cards to fund purchases of other gift and pre-paid debits cards and property, at Walmart stores in four states, including Georgia, in the amount of $533,341.75. Additional funds also remained on the Walmart gift cards at the time that the conspiracy involving LIN was ended.

### C. Overt Acts

In furtherance of the conspiracy, the conspirators, including LIN, committed overt acts in the Middle District and elsewhere, including, but not limited to:

1. On or about February 19, 2021, LIN used five separate fraudulently obtained Walmart gift cards, including cards ending in 0045, 8385, 3648, 9738, and 4309, at Walmart Store 4476 in Chesterfield, Virginia to make purchases of other gift cards totaling $2070.00. The cards had been obtained by victims of fraud at stores in North Carolina, Maryland, and Louisiana.

2. On or about March 19, 2021, after being convinced by a co-conspirator who called her claiming to be from Best Buy that she owed money to Best Buy, victim M.J. in Mississippi, used a debit card to purchase four Walmart gift cards ending in 1009, 9485, 1999, and 7248 at Walmart Stores 258 and 4619 in Tupelo, Mississippi, and forwarded the numbers to the co-conspirator as instructed. The co-conspirator electronically sent the Walmart gift card numbers to LIN, who, less than one hour after the purchase by the victim, used the gift card numbers to purchase other cards totaling $2000.00 at Walmart Stores 1314 and 3786 in Buford, Georgia.

3. On or about March 29, 2021, after being convinced by a co-conspirator who called her claiming to represent a computer anti-virus software company that she needed to repay an excess electronic transfer into her bank account, victim K.W. in New Mexico used a debit and a credit card to purchase three Walmart gift cards ending in 3697, 8601, and 7083, at Walmart Store 3732 in Rio Rancho, New Mexico, and forwarded the numbers to the co-conspirator as instructed. The co-

conspirator electronically sent the Walmart gift card numbers to LIN, who, less than one hour after the purchase by the victim, used the gift card numbers to purchase other cards totaling $1500.00 at Walmart Store 7194 in Adel, Cook County, Georgia.

4. On or about March 29, 2021, after being convinced by a co-conspirator that victim D.A.N. was communicating by text and telephone calls with a Florida woman he met on a dating site, victim D.A.N. in Missouri used a debit card to purchase a Walmart gift card ending in 2196 at Walmart Store 801 in Maryville, Maryland, and forwarded the number as instructed by the co-conspirator that he believed was the Florida woman. The co-conspirator had convinced victim D.A.N. to send approximately $5,000.00 over the course of the communication. The co-conspirator electronically sent the Walmart gift card number purchased on March 29, 2021, to LIN, who, less than one hour after the purchase by the victim, used the gift card number to purchase three (3) other cards totaling $200.00 at Walmart Store 899 in Valdosta, Lowndes County, Georgia.

4. On or about March 29, 2021, at Walmart Store 899 in Valdosta, Lowndes County, Georgia, LIN used seven (7) additional fraudulently obtained Walmart gift card numbers, including two (2) purchased in Bloomington, Illinois by victim J.K., two (2) purchased in Lockhart, Texas by victim A.B., two (2) purchased in Greenville, Alabama with cash by an unidentified victim, and one (1) purchased in Green Bay, Wisconsin by victim M.B., to purchase additional cards totaling an additional $2800.00.

5. Between February 19, 2021 and March 29, 2021, LIN conducted approximately 2337 Walmart gift card transactions at Walmart stores using approximately 1,271 different Walmart gift card numbers and spending approximately $533,341.75 in fraudulently obtained funds.

All in violation of Title 18, United States Code, Section 1349, in connection with Section 1343.

## FORFEITURE NOTICE
### (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1349 in connection with Section 1343 set forth in Count One, the defendant,

**YAO LIN,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from proceeds traceable to the violation, or a conspiracy to commit such offense(s) set forth in Count One of the Indictment.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

   (a) cannot be located upon exercise of due diligence;

   (b) has been transferred, sold to or deposited with, a third person;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

A TRUE BILL

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented By:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* \_\_\_11\_\_\_ *day of*

*May, A.D. 2021*

*Deputy Clerk*