# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No.: 7:21-CR-14** |
| **vs.** ) | |
| ) | |
| **YAO LIN,** ) | |
| **Defendant.** ) | |
| ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: YAO LIN.

This 9th day of August, 2021.

/s/ Cason C Swan
Cason C. Swan
Georgia Bar No.: 992317
Attorney for Defendant

Address of Counsel:

301 N. Patterson Street, Ste. B
P.O. Box 1107
Valdosta, Ga 31603
Email: cason@swanandswan.com
T: (229) 469-7697
F: (229) 588-4958

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing APPEARANCE OF COUNSEL has, this 9th day of August, 2021, been served by electronic delivery to the clerk using the CM/ECF system which will send notification to the court and all Counsel of record.

/s/ Cason C Swan<br>
Cason C. Swan<br>
Georgia Bar No.: 992317<br>
Attorney for Defendant

Address of Counsel:

301 N. Patterson Street, Ste. B  
P.O. Box 1107  
Valdosta, Ga 31603  
Email: cason@swanandswan.com  
T: (229) 469-7697  
F: (229) 588-4958