### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**YAO LIN** | **Case No.: 7:21-CR-14-HL-TQL** |

### MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL

Comes now undersigned counsel, Timothy R. Saviello, and moves this Court for leave to withdraw from further representation of Mr. Yao Lin in the above-styled case because Mr. Lin has retained counsel.

In support, it is stated:

On May 11, 2021, Mr. Lin was charged in a one-count indictment. (Doc. 1). The Federal Defenders of the Middle District of Georgia, Inc. was appointed to represent Mr. Lin on July 6, 2021. (Doc. 11). Undersigned counsel filed his notice of appearance as Mr. Lin's lead counsel on July 7, 2021. (Doc. 18).

On August 9, 2021, Cason C. Swan filed his appearance as Mr. Lin's retained counsel. (Doc. 29). As Mr. Lin has retained counsel, undersigned counsel must withdraw from further representation of Mr. Lin in the instant case.

Wherefore, the undersigned counsel respectfully requests this Court to issue an order permitting him, along with the Office of the Federal Defenders of the Middle District of Georgia, Inc., to be withdrawn as counsel for Mr. Lin in the above-styled case.

Dated this 9th day of August, 2021.

        Respectfully submitted,

        <u>s/Timothy R. Saviello</u>
        Timothy R. Saviello
        Ga. Bar No. 627820
        Federal Defenders of the
        Middle District of Georgia, Inc.
        440 Martin Luther King Jr. Blvd.
        Suite 400
        Macon, GA 31201
        Tel: (478) 743-4747
        Fax: (478) 207-3419
        Email: tim_saviello@fd.org

## CERTIFICATE OF SERVICE

I, Timothy R. Saviello, hereby certify that, on August 9, 2021, I electronically filed the foregoing *Motion to Withdraw as Court Appointed Counsel* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

<pre>                         s/Timothy R. Saviello
                         Timothy R. Saviello
                         Ga. Bar No. 627820
                         Federal Defenders of the
                         Middle District of Georgia, Inc.
                         440 Martin Luther King Jr. Blvd.
                         Suite 400
                         Macon, GA 31201
                         Tel: (478) 743-4747
                         Fax: (478) 207-3419
                         Email: tim_saviello@fd.org</pre>