IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 7:21-CR-14 (HL) |
| vs. | : |
| | : |
| YAO LIN, | : |
| | : |
| **Defendant** | : |
| | : |

## ORDER OF CONTINUANCE

    Defendant in the above-styled case was indicted on May 11, 2021, in a single count indictment charging Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §1349 i/c/w 18 U.S.C. §1343. Defendant, appeared in this District for initial appearance and arraignment on July 6, 2021, and was subsequently order detained pending trial following a hearing on July 12, 2021. Pursuant to a protective order, voluminous discovery has been provided, but counsel have not yet had the opportunity to review discovery, assess the need for motions, or engage in meaningful discussions or fully assess a potential resolution without the need for trial. Additionally, Defendant obtained new counsel after discovery was provided.  The government and the defendant have now jointly moved for continuance (Doc. 31) due to the delay caused by the difficulty of securing a necessary interpreter.

    Accordingly, for good cause shown, IT IS HEREBY ORDERED that the above-referenced matter be continued from the January 2022 trial term to the next scheduled trial term for the Valdosta Division beginning **April 11, 2022** and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).  The time for filing motions in this case is also extended to a date to be set pursuant to any order scheduling a pretrial conference in this matter.

    It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §

3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this 12th day of January, 2022.

s/Hugh Lawson  
HUGH LAWSON  
SR. UNITED STATES DISTRICT JUDGE

Presented by:  
s/Robert D. McCullers  
ROBERT D. McCULLERS  
ASSISTANT UNITED STATES ATTORNEY