IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 7:21-CR-14 (HL) |
| vs. : | |
| : | |
| YAO LIN, : | |
| : | |
| **Defendant** : | |
| : | |

**GOVERNMENT'S REQUEST FOR DISCOVERY**

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, pursuant to the provisions of Federal Rule of Criminal Procedure 16(b), the Standard Pretrial Order entered in this case (Doc. 16), and other applicable rules of evidence and procedure, and requests that Defendant disclose and provide all documents and objects, reports, witnesses, and other information that Defendant intends to present or use at the trial of this case. Defendant requested broad discovery from the Government, and, under the provisions of the Protective Order in place, the Government has provided and will continue to provide responsive documents and information.

WHEREFORE, the Government requests that Defendant disclose and provide all discovery sufficiently before the scheduled trial, so that the Government may review and prepare to meet any evidence that will be presented at trial.

1

Respectfully submitted, this 15th day of September 2022.

             PETER D. LEARY
             UNITED STATES ATTORNEY


     BY: *s/Robert D. McCullers*
        ROBERT D. MCCULLERS
        Georgia Bar Number 486976
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 952-8894
        Fax: (478) 621-2655
        E-mail: robert.mccullers@usdoj.gov

## CERTIFICATE OF SERVICE

I, Robert D. McCullers, Assistant United States Attorney, hereby certify that on the 15th day of September 2022, I electronically filed the within and foregoing **GOVERNMENT'S REQUEST FOR DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in the case.

        PETER D. LEARY
        UNITED STATES ATTORNEY

By:   /s/*Robert D. McCullers*
       ROBERT D. McCULLERS
       Georgia Bar Number 486976
       Assistant United States Attorney
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       TEL. (478) 621-2730
       FAX (478) 621-2737
       Robert.mccullers@usdoj.gov