IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 7:21-CR-14 |
| v. | : |
| YAO LIN, | : |

## CHANGE OF PLEA

I, **YAO LIN** having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report, do hereby plead **GUILTY** to Count One of the Indictment, this _29th_ day of _September_, 2022.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guidelines when imposing sentence in this case.

_____
YAO LIN
DEFENDANT

_____
CASON C. SWAN
ATTORNEY FOR DEFENDANT

_____
ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY