IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA, :

: Case No.: 7:21-CR-00014-HL-TQL

vs. :

YAO LIN , :

  Defendant. :

### DEFENDANT'S WAIVER OF APPEAL

I, YAO LIN am the Defendant in this above case. I wish to waive my right to appeal from the verdict and judgment of conviction. I have been advised by my trial attorney of my right to appeal from the verdict and judgment of conviction, and of the consequences of this waiver. I do hereby waive the right to appeal, ~~and discharge my attorney from all further service in this case~~.

Dated: this the 18th day of May, 2023.

_____
Defendant

Approved:

_____
Attorney for Defendant
1701 N Patterson St
PO BOX 1107
Valdosta, GA 31603
229-469-7697
cason@swanandswan.com