AO 245C  Amended Judgment in a Criminal Case                                    (NOTE: Identify Changes with Asterisks (*))
(Rev. 12/19) Sheet 1

# UNITED STATES DISTRICT COURT
### Middle District of Georgia

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| YAO LIN | Case Number: 7:21-CR-00014-HL-TQL(1) |
| | USM Number: 45602-509 |

**Date of Original Judgment:** 5/18/2023       CASON C SWAN
*(Or Date of Last Amended Judgment)*           Defendant's Attorney

**THE DEFENDANT:**
☒ pleaded guilty to count(s)   1
☐ pleaded nolo contendere to count(s)
   which was accepted by the court.
☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18:1349 i/c/w 18:1343 – Conspiracy to Commit Wire Fraud | 03/29/2021 | 1 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 17, 2023
Date of Imposition of Judgment

s/Hugh Lawson
Signature of Judge

HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

8/21/2023

AO 245C  Amended Judgment in Criminal Case  (NOTE: Identify Changes with an Asterisks (*))
(Rev. 12/19)  Sheet 2 — Imprisonment

Judgment — Page  2  of  7

DEFENDANT:  YAO LIN
CASE NUMBER:  7:21-CR-00014-HL-TQL(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: thirty (30) months as to count 1

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C     Amended Judgment in a Criminal Case                                          (NOTE: Identify Changes with an Asterisks (*))
(Rev. 12/19)    Sheet 3 — Supervised Release

Judgment—Page   3   of   7  

DEFENDANT:     YAO LIN
CASE NUMBER:     7:21-CR-00014-HL-TQL(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245C     Amended Judgment in a Criminal Case                                                                  (NOTE: Identify Changes with an Asterisks (*))
(Rev. 12/19)   Sheet 3A — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT: YAO LIN
CASE NUMBER: 7:21-CR-00014-HL-TQL(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____
USPO Officer's Signature _____   Date _____

AO 245C      Amended Judgment in a Criminal Case                                                          (NOTE: Identify Changes with an Asterisks (*))
(Rev. 12/19)  Sheet 3D — Supervised Release

Judgment—Page  5  of  7

DEFENDANT:          YAO LIN
CASE NUMBER:        7:21-CR-00014-HL-TQL(1)

## SPECIAL CONDITIONS OF SUPERVISION

You shall provide financial information to the Probation Officer upon request.

You are prohibited from incurring new credit charges or opening additional lines of credit without approval of the Probation Office.

Should you be removed from the United States, you shall not re-enter the country without prior authorization from the Attorney General of the United States, or his successor, the Secretary for Homeland Security.

You shall submit your person, property, house, residence, vehicle, papers, computers (as defined by 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  The Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

AO 245C   Amended Judgment in a Criminal Case    (NOTE: Identify Changes with an Asterisks (*))
(Rev. 12/19)   Sheet 5 — Criminal Monetary Penalties

|  |  |
|---|---|
| DEFENDANT: | YAO LIN |
| CASE NUMBER: | 7:21-CR-00014-HL-TQL(1) |

Judgment — Page 6 of 7

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $179,446.35 |  |  |  |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed on the attached.

  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution
  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub.L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C  Amended Judgment in a Criminal Case  (NOTE: Identify Changes with an Asterisks (*))
(Rev. 12/19) Sheet 6 - Schedule of Payments

Judgment — Page 7 of 7

DEFENDANT: YAO LIN
CASE NUMBER: 7:21-CR-00014-HL-TQL(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due
  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

Any criminal monetary penalty ordered by the court shall be due and payable in full immediately. Present and future assets are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of criminal monetary penalties.

Payment during the term of supervised release will commence within 60 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time. (fine/restitution) payment shall be due during the period of imprisonment at the rate of not less than $25 per quarter and pursuant to the bureau of prisons' financial responsibility program. The value of any future assets may be applied to offset the balance of criminal monetary penalties. The defendant may be included in the treasury offset program, allowing qualified benefits to be applied to offset the balance of any criminal monetary penalties.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

U.S. v. Yao Lin

Restitution

| Name | Loss Amount | Address |
| --- | --- | --- |
| Albert Ferrand Sr. | 300 | 4681 Sommerville Way, Reno, NV 89519 |
| Alisha RJ Latham | 1100 | 4504 S Grand Blvd., Apt A, St. Louis, MO 63111 |
| Ann Culver | 1000 | 610 1/2 Laurel St., Atlanta, IA 50022-1459 |
| Anthony S. Burks | 200 | 2107 121st St., Blue Island, IL 60406 |
| April P. Marion | 2100 | 1616 Stanton Hill Rd., Cameron, NC 28326 |
| Betty H. Short | 250 | 210 Lovers Ln, Apt. A, Athens, TX 75751-2913 |
| Betty L. and Robert Nails | 700 | 4494 Dogwood Road, Athens, AL 35611 |
| Bonnie S. and Howell Norman | 1700 | 221 Canna Dr., Lascassas, TN 37085 |
| Brenda J. Holt | 1000 | 300 Marshall Ln SE, Cleveland, TN 37323 |
| Brian W. Brizendine | 1100 | 3906 S Bluff Rd., Indianapolis, IN 43217-3318 |
| Brigitta K. Harrell | 500 | 256 Southhaven Ct., Kannapolis, NC 28083 |
| Carla Brouse | 500 | 316 N 12th St., Lewisburg, PA 17837 |
| Carlos Escudero | 1800 | 734 Evergeen Dr., Winder, GA 30680 |
| Cindy L. Whistler | 200 | 167 W. Windsor St., Reading, PA 19601 |
| Clarence Roberts | 900 | 309 Grobmyer Ave., Carrollton, KY 41008 |
| Connie M. Smith | 690 | 26 Appleton Acres Ct., Elkton, MD 21921 |
| Cynthia Valasin | 300 | 1559 Bellini Ct., Myrtle Beach, SC 29579 |
| Cynthia Whitcomb | 800 | 702 S. Oak St., Salt Lake City, UT 55041 |
| D. Allen Nielson | 1400 | 31625 State Highway M, Barnard, MO 64423 |
| Damien L. Bissen | 1000 | 8337 N 106th Street, Milwaukee, WI 53224 |
| Danny D. McCrary | 1800 | 491 E 272nd St., Euclid, OH 44132 |
| Dany Passarelli | 1200 | 111 Stillmeadow Ln. Troutman, NC 28166 |
| David M. Dalton | 500 | 4163 Archcreek Way, Buford, GA 30519-8432 |
| David R. Van Der Cook | 694.24 | 1010 E Spring Street, Apt. 109, Cookeville, TN 38501 |

| David Rodeback | 1300 | 285 W 300 N., Springville, UT 84663 |
| --- | --- | --- |
| Dawn Sharp | 900 | 384 Burdock Ct., Tree Bridges, NJ 08887 |
| Dean A. Kahl | 500 | 3 Colony Road, Myerstown, PA 17067 |
| Debbie L. Aikens | 500 | 354 Howland Wilson Rd. NE, Warren, OH 44484-2073 |
| Deborah Berger | 1800 | 384 W. Wyandot Ave., Upper Sandusky, OH 43351 |
| Deborah Sue Mumford | 1000 | 13211 Tall Pine Cir., Fort Myers, FL 33907 |
| Diana Weinstein | 700 | 433 Dorado Dr., Winter Springs, FL 32708 |
| Deanna Dempsey | 406.98 | 2488 Dawson Street, Indianapolis, IN 46203 |
| Diane J. Meyer | 975 | 8993 142nd St., Chippewa Falls, WI 54729 |
| Dianne L. Callahan | 700 | 7881 52nd Way N., Pinellas Park, FL 33781 |
| Donald C. Williams Sr. | 800 | 2930 Millard St., Shreveport, LA 71108 |
| Donald E. Chapman | 1000 | P.O. Box 13604, Ogden, UT 84412 |
| Donald H. Berry | 300 | 34209 W. Hundley Rd., Bigelow, AR 72016 |
| Donna M. Goray Dempsey | 700 | 1209 Chatwood Dr., Anniston, AL 30626 |
| Doris Forney | 500 | 16800 FM 2186, Amarillo, TX 79119 |
| Douglas French | 1000 | 2087 Franklin Pierce Hwy, Barrington, NH 03825-7358 |
| Duane D. Boeshans | 300 | 3676 Palomino Dr. N., Manden, ND 58554-5430 |
| Edward Jarzab | 400 | 55 Thomas Harmon Dr., Camden, DE 19934 |
| Elizabeth Arpin | 600 | 157 Wawecus Hill Rd., Bozrah, CT 06334 |
| Elizabeth Lukewich | 1200 | W5 305 Apple Ave., Medford, WI 54451 |
| Enriquita Espina | 450 | 930 85th Ave N., Apt. 105, St. Petersburg, FL 33702 |
| Etiam Nodarse | 300 | 3553 82nd St., Apt. 2G, Jackson Heights, NY 11372-5149 |
| Eva Dianne Poole | 800 | 267 Rocky Mountain Way, Arden, NC 28704 |
| Fernando D. Vasquez | 500 | 7689 Woody Creek Dr., Colorado Springs, CO 80911 |
| Frank Larkin | 400 | E449 County Rd. K, Algoma, WI 54201-9607 |
| Frank Loftin | 1200 | 5224 Saratoga Ln., Lexington, MI 48450 |
| Frankie Armstrong | 800 | c/o Orchard Law Firm, 41000 Woodward Ave., Ste 350, Bloomfield Hills, MI 48304 |
| Franks S. Shouse | 700 | 7573 Ripplepointe Way, Windermer, FL 34786 |
| Garry Wagner | 1250 | 11745 CR 680, Webster, FL 33597 |
| Gary Cotton | 1200 | 68-107 Au St., Waialua, HI 96791 |
| Gary L. Wadford | 500 | 355 Woodlee Dr., Advance, NC 27060-7921 |

| | | |
|---|---|---|
| Glen Dale Jones | 600 | 126 Jefferson Dr., Longview, TX 75603 |
| Gloria V. and David McQuinn | 400 | 1025 Wyatt Road, Westfield NC  27053 |
| Grace M. Hedgepeth | 1200 | 182 Fish Pond Rd., Farmville, NC 27828 |
| Gracie A. and Robert Parker | 793.02 | 229 Hammond Avenue, Columbia, SC 29169 |
| Haywood Walker | 250 | 46 Taft Street, Apt. 4, Lawrenceville, VA 23868 |
| Hester Judge | 700 | 3880 Birch Dr., Dayton, OH 45414 |
| Ismael Sanchez | 400 | 707 110th Ave. N., Naples, FL 34108 |
| Jack N. Planck | 400 | 2108 Oak St., Atlanta, IA 50022 |
| Jack Watts | 500 | 1400 Eudora Road, Mount Dora, FL 32757 |
| James Gary Glomstad | 3100 | 2399 Rhoads Rd. Pottstown PA 19464 |
| Janet Trombley | 800 | 14 Rustic Way, Oneco, CT 06373-3757 |
| Janice C. Kenney | 2690 | 237 Hedgerow Dr., Bloomingdale, IL 60108 |
| Jason Stienecker | 300 | 207 Logan Street, Wapakoneta, OH 45895 |
| Jay Meyer | 1500 | 984 Cemetery Rd., Decatur, TX 76234 |
| Jean Y. Mashburn | 350 | 30 Manzano Rd., Los Lunas, NM 87031 |
| Jennifer L. Carter | 900 | 1112 W 112th St., Chicago, IL 60643 |
| Joan C. Daly | 1000 | 21902 King Henry Ave., Leesburg, FL 34748 |
| John Bedbrook | 2200 | 216 Pershing Drive, Oakland, CA 94611 |
| John Cleland | 800 | 2007 E Cow Creek Ln, Pittsburg, KS 66762 |
| John Hayes | 2000 | 1104 Wagner Dr., Washington, IN 47501 |
| Jonathan Jones | 300 | 146 N 116th Dr., Avondale, AZ 85323 |
| Joy Jelinek | 900 | 1300 S. Jackson St., Apt. 1008, Amarillo, TX 79101 |
| Judith K. Decoarah | 300 | 620 Orchard Street, West Frankfurt, IL 62896 |
| Judy Blanton | 400 | 38250 9th St. E, Apt. 214, Palmdale, CA 93550 |
| Julianne Mills | 800 | 19501 Rose City Rd., New Buffalo, MI 49117 |
| Julie A. Pedersen | 900 | 479 Bing St., Grand Junction, CO 81504 |
| Katherine E. Sullivan | 900 | 730 S. Green St., Providence KY 42450 |
| Kathleen Begley | 200 | 2864 Longleaf Ranch Circle, Middleburg, FL 32068 |
| Kathleen Dehne | 300 | 842 W. Midway St., #A1, Filer, ID 83328 |
| Kenneth Girt | 2200 | 6433 Lutz Ave NW, Massillon, OH 44646 |
| Kristeen R. Fernandez | 600 | 1311 Long St., Lakeland, FL 33801 |

| Name | Amount | Address |
|---|---|---|
| Kristi Wilson | 1411.28 | 8905 Osuna Rd. NE, Albuquerque, NM 87111 |
| Larry D. Walters | 710.49 | 9840 Maumee Western Rd., Monclova, OH 43542 |
| Larry Iffland | 1800 | 216 White St., Blissfield, MI 49228 |
| Laszlo Szatmari | 1200 | 10452 Alpine Dr., Reed City, MI 49677 |
| Lawrence Grantham | 1500 | 721 Miller Avenue, Atchison, KS 66002 |
| Lawrence H. Bohanan | 300 | 300 Town Hall Dr., Apt. A2, Hudson, NY 12534 |
| Leander Godfrey | 700 | 3327 Galley Rd., Colorado Springs, CO 80909 |
| Lemuel A. and Ronda Watson | 8549.71 | 5415 Ropley Dr., Greensboro, NC 27455 |
| Timothy Craig | 700 | 1312 Tule Lake Road S, Tacoma, WA 98444 |
| Lindie J. Jensen | 2086.85 | 14421 W Meadow Creek Dr, Boise, ID 83713 |
| Lisa Nicholson | 1000 | 224 N. Live Oak Ln, Wichita, KS 67206 |
| Lois Jean Williams | 705.76 | 1486 Patterson St., Memphis, TN 38111 |
| Lovette J. Stewart | 500 | P.O. Box 1104, Tombstone, AZ 85638 |
| Lucy G. and Michael Rister | 1700 | 808 Arrowhead Ln, Naples, FL 34108 |
| Lynn A. Phillips | 300 | 5057 E Stance Loop, Apt. A, Fort Polk, LA 71459 |
| Marc A. Sansoucy | 200 | 1515 Brendon Lake Dr., Apt. B107, Orange City, FL 32763 |
| Margaret M. Spano | 500 | 4690 Lakeside Drive, Las Vegas, NV 89509 |
| Mark Fritz | 1000 | 8828 E. Florida Ave., Apt. 215, Denver, CO 80247 |
| Mark S. Ellis | 500 | 3 Davis St., Somersworth, NH 03878 |
| Marketta Kemp | 1200 | 5409 N 50th St., Omaha, NB 68104 |
| Mary E. Jones | 2200 | 1312 Erin Street, Tupelo, MS 38801 |
| Mary L. Perry | 300 | 705 Erin Dr., Champaign, IL 61822 |
| Mary P. Maxwell | 1050.06 | 7500 N. Calle Sin Envidia, Apt. 12108, Tucson, AZ 85718 |
| Matthew D. Tyree | 1200 | 19043 Fowler Ave., Turlock, CA 95380 |
| Matthew Swayne | 1500 | 6704 Boston Ave., Baltimore, MD 21222 |
| Maurice C. Jennings | 699.94 | 86 Hartland St., Hartford, CT 06112 |
| Melvin Jones | 800 | 218 Crabapple Ave., Plain Dealing, LA 71064 |
| Michael Flugstad | 300 | 1315 Carroll St., Boone, IA 50036 |
| Michael R. Borchers | 200 | 1118 Cameron Street, Green Bay, WI 54304 |
| Michael W. Lanier | 2100 | 406 Becky Hill Road, Lexington, N 27295 |
| Nancy C. Dallmann | 700 | 4404 NE Emerson St., Portland, OR 97218 |

| | | |
|---|---|---|
| Nancy Joseph | 200 | 11139 Monmouth, San Antonio, TX 78239 |
| Nathan Nekoliczak | 1200 | 11255 Evans St., Apt. 7, Omaha, NB 68164 |
| Niles Burl | 500 | 193 Bradford Rd., Pittsburgh, NY 12901 |
| Noe Jesus Bombela Lopez | 400 | 7541 28th St., White City, OR 97503 |
| Nonilon Urgel | 400 | 4838 W Warner Ave., Chicago, IL 60641 |
| Osnahir Rodriguez | 1300 | 1057 Aubrey Lane, Apt. 206, Fort Mill, SC 29708 |
| Pamela Stoltz | 300 | 3501 Germann Ct., Lexington, KY 40503 |
| Pao Vang | 200 | 6672 W Rialto Ave., Fresno, CA 93723 |
| Patricia A. Hopcus | 1800 | 20831 Beal Street, Harrah, OK 73045 |
| Patricia A. Pappas | 2000 | 10452 Alpine Dr., Reed City, MI 49677 |
| Patricia Dromgoole | 400 | 4403 Winding River Dr., Richmond, TX 77406 |
| Patricia Pinto | 970 | 822 S 2nd Rd., Hammonton, NJ 08037 |
| Paul Greeley | 800 | 340 Crandall Rd., Petersburg, NY 12138 |
| Paul Horton | 800 | 15705 97th Ave. Ct. E., Puyallup, WA 98375 |
| Paul T. Brown | 1800 | 6328 Kent Ct., Lisle, IL 60532 |
| Peter Pinkowish | 400 | 15 Lafayette Rd., Larchmont, NY 10538 |
| Philip J. Kinsella | 300 | 135 Tokeneke Dr., North Haven, CT 06473 |
| Pierre A. Vinet | 500 | 406 N Orange St., Fredericksburg, TX 78624 |
| Quincy Moore | 100 | 4141 E. 15th Street, Apt. 425, Panama City, FL 32404 |
| Rama's Counseling | 900 | 35 S. Shore Dr., South Amboy, NJ 08879 |
| Rand Shiverdecker | 500 | 4602 Sucasa Cir, Englewood, OH 45322 |
| Richard Powers | 300 | P.O. Box 2743, Globe, AZ 85502 |
| Robert D. Paddock | 770 | 6616 Sutton Dr., North Olmsted, OH 44070 |
| Robert D. Skaggs | 800 | 7705 Gloucester Ave., Norfolk, VA 23505 |
| Robert Lightfoot | 1800 | 1435 North 15th St., Council Bluffs, IA 51501 |
| Robert M. Flynn | 400 | 16624 Wellington Lakes Cir., Fort Meyers, FL 33928 |
| Robert Scherr | 1200 | 1208 Orchard Cir., Salisbury, MD 21801 |
| Robins S. Ross | 600 | 5649 Lowery Road, Norfolk, VA 23502 |
| Roderick K. Nunnally | 200 | 106 Singletree, Stockbridge, GA 30281 |
| Roger C. Riddle | 200 | 156 Cherrybrook Dr., Wilkesboro, NC 28697 |
| Ronada Toppin | 1600 | 15016 118th Ave., Jamaica, NY 11434 |

| | | |
|---|---|---|
| Ronald A. Monachino | 500 | 622 Golden Raintree Pl., Apt. 622, Brandon, FL 33510 |
| Ronald D. Steckel | 600 | 1214 2nd Ave., Royersford, PA 19468 |
| Ronnie Hatcher | 300 | P.O. Box 312, Darrow, LA 70725 |
| Ruby Thurlow | 600 | 4 Spring St., Lincoln, ME 04457 |
| Ruth Noyes | 300 | 1125 Plymouth St., Bridgewater, MA 02324 |
| Samuel L. Hamlet | 900 | 303 Country Club Dr. NE, Apt. L, Concord, NC 28025 |
| Sean Cummings | 43.02 | 2 Greenway, Apt. 12, Manorville, NY 11949 |
| Shirley L. Gilbert | 1600 | 1539 W Cherokee Ln, Safford, AZ 85546 |
| Sonia M. McMinn | 1100 | 10 St. George Drive, Bourbonnais, IL 60914 |
| Stella Skiles | 700 | 620 5th Ave W, Rocky Springs, WY 82901 |
| Steven Chung | 1100 | 2490 W. 12th St., Marion, IN 46953 |
| Steven D. Difino | 1000 | 5979 Westminster Dr., Parma, OH 44129 |
| Sue A. Holliday | 500 | 632 Glendale Dr., Troy, OH 45373 |
| Susan C. Sheahan | 1400 | 300 Meredith Dr., Apt. 333, Durham, NC 27713 |
| Tammy Schager | 900 | 1075 Birch Dr., Lonedell, MO 63060 |
| Tarheisha Alvarez | 1100 | 4339 Rippling Brook Dr. N, Las Vegas, NV 89032 |
| Teresa Barnette | 1600 | 1340 Ramseur Dr., China Grove, NC 28023 |
| Teri L. Scott | 800 | 1717 Jefferies Street, Dallas, TX 75226 |
| Terry Richardson | 1000 | 729 Louisa St., Mount Morris, MI 48458 |
| Thomas Kinison, II | 100 | 535 C St., Apt. 15, Washougal, WA 98671 |
| Tia C. Colip-Bailey | 500 | 6145 San Villa Dr., Apt. B, Fort Worth, TX 76135 |
| Tiffney Dawn Davila | 700 | 1716 S. Edmonds Ln, Apt. 27, Lewisville, TX 75067 |
| Vckie A. Mardis | 100 | 2603 Sunnybrook Dr., Tyler, TX 75701 |
| Veronica Nava Del Toro | 700 | 300 2nd Street S, Fairmont, ND 58030 |
| Vicky L. Jacobs | 800 | 309 Hallmark Dr. W, Fort Worth, TX 76134 |
| Wanda T. Waddle | 600 | 506 Greenlea Chase W, Oklahoma City, OK 73170 |
| William Faust | 2200 | 831 Nautilus Trl, Aurora, OH 44202 |
| William H. Lind | 300 | 3201 S. Mojave Rd., Unit 301, Las Vegas, NV 89121 |
| William McCree | 800 | 606 Locust St., Lawrence, KS 66044 |
| William Murphy | 1900 | 33 Carlton Club Dr., Piscataway, NJ 08854 |
| Michael and Deborah Blanton | 1850 | 4771 Easter St., Milton, FL 32571 |

| Name | Amount | Address |
|---|---|---|
| Gerald Acosta-Pacheco | 300 | 155 Mountain Rd., New Haven, CT 06515 |
| Anna Banks | 1200 | 6700 Roswell Rd., Apt. 21C, Atlanta, GA 30328 |
| Windy Johnson | 500 | 129 Thorn Creek Dr., Gaffney, SC 29341 |
| Albert Turman | 700 | 15814 Pine Country Blvd., Tomball, TX 77377 |
| Jimmy & Doris Grace | 400 | 285 County Road 2232, Mineola, TX 75773 |
| Melanie Vaughan | 1300 | 1345 Maplewood Dr., Lewisville, TX 75067 |
| Brian Shimmel | 1700 | 722 Central Ave., Apt. D, Alameda, CA 94501 |
| Shelia Lewis | 300 | 38 Muhamad Ali Ave, Apt. 2A, Newark, NJ 07108 |
| Debra Leary | 300 | 3728 Wilkie Way, Fort Worth, TX 76133 |
| Nan Kenady | 1000 | 9043 E Larkspur Dr, Scottsdale, AZ 85260 |
| Gina Brand | 400 | 4629 N 95th Dr., Phoenix, AZ 85037 |
| Ma Rodriguez | 1000 | 3085 Kenwood Dr., Dalton, GA 30720 |
| Bruce Wolfle | 700 | 9 Ferdinand Ln., Palm Coast, FL 32137 |
| Audrey White | 1100 | 3636 Woodstream Cir NE, Brookhaven, GA 30319 |
| Robert Cerrone | 600 | 45 Oak Rd., Briarcliff, NY 10510 |
| Troy Gonzalez | 100 | 426 Marquis St., Melbourne, FL 32901 |
| Dorothy Robertson | 800 | 160 Ellen Glen Way, Dallas, GA 30132 |
| Jennifer Malinski | 1200 | 46413 Evergreen Ln, Cleveland, MN 56017 |
| Susan Mottshaw | 600 | 344 Winding Oak Dr., Woodruff, SC 29388 |
| Keith Boal | 1000 | 1409 Helmsman Way, Sacramento, CA 95833 |
| Geraldine Clarin | 300 | 4570 Tall Oaks Ln. Rolling Meadows, IL 60008 |
| Paul Kurgan | 500 | 809 Forest St. Nokomis, FL 34275 |
| Diane Marie Marx | 1400 | 11765 Woodbine St. NW, Coon Rapids, MN 55433-2674 |
| Timothy Simmons | 100 | 6851 Barbara Rd., Dayton, OH 45424 |
| Total = | 179446.35 | |